UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KARLA HERNANDEZ, RUBEN ALBANIL, JOSE ALAN HERNANDEZ, GILBERTO GONZALEZ, JESUS FLORES, and ARACELI RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL,<br><br>Defendant. | Case No. 16-CV-571-JPS<br><br><br><br>**ORDER** |

Plaintiffs filed a motion for voluntary dismissal on October 10, 2016. (Docket #16). On December 2, 2016, the Court ordered Plaintiffs to notify it whether, as part of the dismissal, they would accept the condition of being ordered to pay Defendant $1,899.00, which represents a portion of Defendant's attorney's fees and costs incurred herein. (Docket #18). Plaintiffs filed a notice on December 8, 2016, stating that they do not accept that condition and that they will continue to prosecute their claims before this Court. (Docket #19). Because Plaintiffs have indicated their desire to continuing litigating this case, the Court will deny as moot their motion for voluntary dismissal. The case shall continue to proceed in accordance with the trial scheduling order previously entered by the Court. (Docket #14).

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for voluntary dismissal (Docket #16) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge