# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| KARLA HERNANDEZ, RUBEN ALBANIL, JOSE ALAN HERNANDEZ, GILBERTO GONZALEZ, JESUS FLORES, and ARACELI RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL,<br><br>Defendant. | Case No. 16-CV-571-JPS<br><br><br><br>**ORDER** |

On April 19, 2017, the parties filed a joint notice that they have settled this matter and are in the process of obtaining the Plaintiffs' signatures on the settlement documents. (Docket #22). The parties request that the Court vacate the trial date, presently set for May 1, 2017, and the other pretrial hearings and deadlines. *Id.* The Court will grant those requests. The Court directs the parties to file a joint stipulation for dismissal of this action no later than May 18, 2017. If such a stipulation is not filed, the Court will dismiss the action with prejudice for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the trial, scheduled for May 1, 2017, and the final pretrial conference, scheduled for April 25, 2017, as well as the other pretrial deadlines, be and the same are hereby **VACATED**; and

**IT IS FURTHER ORDERED** that the parties shall file a joint stipulation of dismissal of this action no later than **May 18, 2017**.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge