# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KARLA HERNANDEZ, RUBEN ALBANIL, JOSE ALAN HERNANDEZ, GILBERTO GONZALEZ, JESUS FLORES, and ARACELI RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL,<br><br>Defendant. | Case No. 16-CV-571-JPS<br><br><br><br>**ORDER** |

On May 19, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to any party. (Docket #24). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #24) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge